**Order entered July 1 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00089-CV

**DELINDA BREWSTER, Appellant**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00021-D**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 23, 2016, we notified the official court reporter for County Court at Law No. 4 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Coral Hough to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record or written verification no hearings were recorded. *We notify appellant that if we receive verification she has not requested the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Coral

Hough, Official Court Reporter, County Court at Law No. 4.

/s/     CRAIG STODDART
          JUSTICE